ANNIE MURRAY, Respondent, v. UNION RAILWAY COMPANY OF NEW

YORK CITY, Appellant, Impleaded with Another.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, on the ground that the verdict was against the weight of evidence. Present — Clarke, P. J., Smith, Page, Davis and Shearn, JJ.; Davis, J., dissented.